IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| GABRIEL M. COKER, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:11-cv-00867-SWW |
| | * | |
| | * | |
| ARKANSAS STATE POLICE and | * | |
| BRAD CARTWRIGHT, in His Individual | * | |
| and Official Capacity as a State Trooper | * | |
| for the Arkansas State Police, | * | |
| | * | |
| Defendants. | * | |

## JUDGMENT

Pursuant to the Opinion and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it hereby is, dismissed with prejudice.

IT IS SO ORDERED this 12th day of October 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE