IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GABRIEL M. COKER                                                    PLAINTIFF

v.                                 No. 4:11-cv-867-DPM

BRAD CARTWRIGHT                                                    DEFENDANT

ORDER

1. On punitive damages: the Court spent much time after the pretrial thinking about all the material circumstances and studying the applicable authorities. Cartwright's motion to reconsider the Court's resulting Order, № 101, doesn't raise anything new. The issue is close. But the Court has done its best and decided. Motion to reconsider further or in limine, № 103, denied.

2. On Coker's resulting convictions and dropped charges: the Court would appreciate an expedited response to № 104 from Coker by Monday, 2 February 2015.

3. On assault and battery: the Court is not going to instruct the jury on these unpleaded claims; to try them would offend the Court of Appeals' mandate.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

30 January 2015