IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GABRIEL M. COKER                                                                        PLAINTIFF

v.                                      No. 4:11-cv-867-DPM

BRAD CARTWRIGHT                                                                      DEFENDANT

ORDER

The Court appreciates the parties' proposed jury instructions. The Court also appreciates, and will cover the gist of, Cartwright's proposed *voir dire* questions. The Court is attaching its current working drafts of (1) the preliminary instructions, (2) the final instructions, and (3) the verdict form. We'll take these up Monday morning. Come prepared with copies for everyone of any proposed alternatives.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 February 2015