

# THE ATTORNEY GENERAL
# STATE OF ARKANSAS
# DUSTIN MCDANIEL

Mindy D. Pipkin
Assistant Attorney General

Direct dial: (501) 682-1314
Facsimile (501) 682-2591
E-mail: mindy.pipkin@arkansasag.gov

February 25, 2014

**VIA HAND DELIVERY**

Charles D. Hancock
Hancock Law Firm
610 E. 6th St.
Little Rock, AR 72202

  Re: *Gabriel M. Coker v. Arkansas State Police, et al.*
    **USDC Case No. 4:11cv867 SWW**

Dear Dan:

  Enclosed your will find the (1) settlement check in the amount of $20,000 made payable to Gabriel Coker and Dan Hancock and (2) Cartwright's executed portion of the settlement agreement and release.

  The executed Settlement Agreement and Release provides that "following entry of an Order dismissing the lawsuit with prejudice, the defendant will pay a total of $20,000.00 to plaintiff and his attorney." Cartwright is under no obligation to provide the check until entry of the Order of Dismissal, but in good faith, is tendering the check with this letter. Please ensure that Coker **immediately** notifies the Court that entry of the Order of Dismissal is proper.

                Sincerely,

                *Mindy D. Pipkin*

                **MINDY D. PIPKIN**
                Assistant Attorney General

## SETTLEMENT AGREEMENT AND RELEASE

WHEREAS, a lawsuit is pending in the United States District Court for the Eastern of Arkansas styled as *Gabriel M. Coker v. Brad Cartwright*, No. 4:11-cv-00867 (hereinafter referred to as the "lawsuit"); and

WHEREAS, the defendant in the lawsuit, Brad Cartwright (referred to as "defendant" unless the context requires otherwise), denies that he engaged in any wrongful, tortious, or unlawful conduct of any kind; and

WHEREAS, the plaintiff in this lawsuit, Gabriel M. Coker (collectively referred to as "plaintiff" unless the context requires otherwise), and the defendant desire to compromise and settle the lawsuit to avoid the costs and uncertainties of continued litigation; and

NOW, THEREFORE, the plaintiff and the defendant agree to the following terms as full and final satisfaction lawsuit of any and all claims, including but not limited to any and all claims for costs and attorneys' fees, which was raised by plaintiff in the lawsuit or could have been raised by plaintiff in the lawsuit or in any other forum including but not limited to the Arkansas State Claims Commission.

1. LAWSUIT TO BE TAKEN BY DEFENDANT. Following entry of an Order dismissing the lawsuit with prejudice, the defendant will pay a total of $20,000.00 to plaintiff and his attorney. Defendant will make the check payable to plaintiff and his attorney, Dan Hancock.

2. LAWSUIT TO BE TAKEN BY PLAINTIFF. The plaintiff will move to dismiss the Lawsuit with prejudice.

3. COMPLETE RELEASE AND WAIVER. The plaintiff waives, releases, relinquishes and forever discharges the defendant, the Arkansas State Police, or any of its any officers, officials, employees, and agents of the Arkansas State Police in their official and individual capacities from all claims, liens, medical expenses, or causes of lawsuit, known or unknown, arising out of the arrest and seizure of plaintiff on or about February 12, 2009 and for damages, attorneys' fees, costs, or recovery of any type against the defendant, the Arkansas State Police or any of its any officers, officials, employees, and agents of the Arkansas State Police in their official and individual capacities. Plaintiff acknowledges that defendant is not aware of or on notice of any medical liens, but if such liens exist, plaintiff is responsible for satisfaction of the liens from the settlement proceeds.

4. ENTIRE AGREEMENT. This Agreement contains the entire agreement between the parties. The plaintiff and defendant have not relied upon any promise or statement, oral or written, that is not set forth in this Agreement.

5. MODIFICATION. The plaintiff and defendant agree that this Agreement may not be modified, amended, or altered except by a written agreement executed by all parties.

6. VOLUNTARY AGREEMENT. The plaintiff and defendant acknowledge that each has read this Agreement, that each has had the opportunity to consult with legal counsel of their choosing concerning the advisability, meaning and effect of this Agreement, and that each has signed this Agreement voluntarily and without duress.

7. NO RESCISSION FOR MISTAKE. The plaintiff and defendant acknowledge that each has had the opportunity to investigate the facts and law relating to the claims raised in the lawsuit and any additionally waived and released claims to the extent each deems necessary and

appropriate. The plaintiff and defendant assume the risk of any mistake of fact or law and agree that any mistake of fact or law shall not be grounds for rescission or modification of any part of this Agreement.

8. NO ADMISSION OF LIABLITY. The plaintiff and defendant acknowledge that this Agreement is a compromise and is not an admission of liability or wrongdoing on the part of the defendant, the Arkansas State Police, or any officer, employee or official of the Arkansas State Police. Plaintiff agrees not to suggest or construe this Agreement as an admission or implication of wrongdoing and that the Agreement is not admissible in any court or administrative body except as necessary to enforce its terms or as otherwise required by law.

9. CHOICE OF LAW. This Agreement shall be governed by and construed in accordance with the substantive law of the State of Arkansas.

10. SUCCESSORS AND ASSIGNS. This Agreement shall be binding upon the plaintiff and defendant and each of their respective heirs, descendants, successors and assigns.

11. EFFECTIVE DATE. This Agreement shall not become effective and binding until approved by the Director of the Department of Finance & Administration and reviewed by such Legislative Committee as may be required. Any sums to be paid by the defendant under this agreement shall be tendered within thirty (30) days of this approval.

12. <u>COUNTERPARTS.</u>  This Agreement may be executed in counterparts and the counterparts, taken together, will have binding effect.

PLAINTIFF

By:_____

Title:_____

Date:_____

DEFENDANT

By: _B... l E. Fz, H_

Title: _Defendant_

Date: _2/25/15_

4

| | | |
|---|---|---|
| Agency Name: ARKANSAS STATE POLICE | | Warrant Numb: 15W-0549121 |
| Address  : 1 STATE POLICE PLAZA DR | | Warrant Date: 2/19/2015 |
| City,St Zip: LITTLE ROCK  AR 72209 | | Payment Date: 2/19/2015 |

Vendor Number: W096001

| Invoice # | Document Text | Net Amount |
|---|---|---|
| CASE NO 11cv867_ | LEGAL, COKER VS CARTWRIGHT 11cv867, FEB 2015 | 20,000.00 |

TOTALS THIS WARRANT         20,000.00

THIS WARRANT VOID AFTER JUNE 30, 2016    NM    15W-0549121

**Auditor of State of Arkansas**
To the State Treasurer, Little Rock, Ark



PAY TO THE ORDER OF:

| AGENCY | MO. | DAY | YEAR |
|---|---|---|---|
| 0960 | 02 | 19 | 2015 |

GABRIEL COKER AND DAN HANCOCK

- PAY THIS AMOUNT -
$******20000.00

I CERTIFY THE SUM HEREIN IS DUE BY THE STATE OF ARKANSAS TO THE PAYEE NAMED HEREIN AND THE STATE TREASURER IS HEREBY DIRECTED TO PAY SAID SUM TO THE ORDER OF THE PAYEE, OUT OF THE APPROPRIATION HEREIN SPECIFIED

Andrea Lea

DO NOT BEND, FOLD OR MUTILATE

0960⑊    ⑊082007678⑊:    15⑊0549121⑊